UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JTKB, LLC, and
JEFFREY TYRRELL,

       Plaintiffs,

v.                        **ORDER**
                         Civil File No. 19-919 (MJD/ECW)

FRANCHOICE, INC., and
SCOTT JONES,

       Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 51].

2. Defendants' Motion for Partial Dismissal of Amended Complaint Pursuant to Rule 12(b)(6) [Docket No. 13] is **DENIED**.

Dated: January 16, 2020          s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court